IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v.      Civil No. 06-5221 | |
| **CONTENTS OF ARVEST BANK ACCOUNT #---0870, IN THE AMOUNT OF $1,200.00 IN U.S. CURRENCY, AND CONTENTS OF ARVEST BANK ACCOUNT #---6788, IN THE AMOUNT OF $6,133.01 IN U.S. CURRENCY** | **DEFENDANTS** |

O R D E R

Now on this 4th day of September, 2007, comes on for consideration plaintiff's **Motion To Compel Claimants To Answer First Set Of Interrogatories And Request For Production Of Documents** (document #9), to which claimant Francisco Desantiago has filed no response. The Court finds that the Motion should be, and same hereby is, **granted,** and Desantiago is directed to submit his Answers to plaintiff's First Set Of Interrogatories And Request For Production Of Documents within twenty-one (21) days of the date of this Order, failing which his claim will be subject to dismissal.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**